AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

Monster Cable Products, Inc.
                  Plaintiff (s),
V.
Dolby Laboratories Licensing Corporation
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:12-cv-02488-YGR

Notice is hereby given that, subject to approval by the court, __Dolby Laboratories Licensing Corp.__ substitutes
(Party (s) Name)

__George Riley of O'Melveny & Myers LLP__, State Bar No. __118304__ as counsel of record in
(Name of New Attorney)

place of __Gregory S. Gilchrist of Kilpatrick Townsend and Stockton LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:              O'Melveny & Myers LLP
    Address:                 Two Embarcadero Center, 28th Floor; San Francisco, CA 94111
    Telephone:            (415) 984-8700       Facsimile (415) 984-8701
    E-Mail (Optional):     griley@omm.com

I consent to the above substitution.
Date: 6/12/2012
                                                Jeffrey A. Fehervari
                                          Vice President, IP Protection, Dolby
(Signature of Party (s))

I consent to being substituted.
Date: 6/12/2012
                                                Gregory S. Gilchrist
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/12/2012
                             /s/ George Riley
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 15, 2012
                                            United States District Judge
                                            YVONNE GONZALEZ ROGERS

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]