1    DOUGLAS E. LUMISH (Bar No. 183863)          MARK R. LEONARD (State Bar No. 219186)
     dlumish@kasowitz.com                        mleonard@davisandleonard.com
2    GABRIEL S. GROSS (Bar No. 254672)           DAVIS & LEONARD, LLP
     ggross@kasowitz.com                         8880 Cal Center Drive
3    KASOWITZ, BENSON, TORRES &                  Suite 180
     FRIEDMAN LLP                                Sacramento, California 95826
4    333 Twin Dolphin Drive, Suite 200           Tel: (916) 362-9000; Fax:  (916) 362-9066
     Redwood Shores, California 94065
5    Tel: (650) 453-5170; Fax: (650) 453-5171

6    MICHELLE L. LANDRY (Bar No. 190080)
     mlandry@kasowitz.com
7    KASOWITZ, BENSON, TORRES &
     FRIEDMAN LLP
8    101 California Street, Suite 2300
     San Francisco, California  94111
9    Tel: (415) 421-6140; Fax: (415) 398-5030

10   Attorneys for Plaintiff and Counterclaim-Defendant
     Monster, Inc.

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

14

15   MONSTER, INC, a California corporation,

16

17              Plaintiff and Counterclaim-       Case No.  12-CV-2488 YGR
                Defendant,
                                                  **STIPULATED MOTION FOR LEAVE**
18                                                **TO WITHDRAW BY DAVIS & LEONARD,**
         v.                                       **LLP AND [PROPOSED] ORDER**
19
     DOLBY LABORATORIES LICENSING
20   CORPORATION, a New York corporation,         **Jury Trial Demanded**

21              Defendant and                     Original Complaint Filed:  Nov. 8, 2011
                Counterclaimant.
22

23

24          **PLEASE TAKE NOTICE** that Davis & Leonard, LLP and Attorney Mark R. Leonard

25   ("Leonard") move, with the consent of all parties, pursuant to Civil Local Rules 7-12 and 11-5(a)

26   for an order granting Leonard leave to withdraw as counsel for Monster, Inc.

27

28

STIPULATED MOTION FOR WITHDRAWAL OF
DAVIS & LEONARD, LLP                          - 1 -                    CASE NO. 12-CV-2488 YGR

1    Leonard is currently co-counsel along with the law firm of Kasowitz, Benson, Torres &

2  Friedman LLP ("Kasowitz") for Plaintiff and Counterclaim-Defendant Monster, Inc. in this

3  matter.  Leonard wishes to withdraw as counsel for Monster, leaving Kasowitz as sole counsel for

4  Monster.  Monster does not oppose and joins the present stipulated motion for leave to withdraw.

5  Davis has, in compliance with Civil Local Rule 11-5(a), given written notice to Monster and

6  Monster has given written notice to Defendant and Counterclaimant Dolby Laboratories

7  Licensing Corp. reasonably in advance of the present stipulated motion for leave to withdraw.

8  Dolby does not oppose the present stipulated motion for leave to withdraw.

9    THEREFORE, IT IS HEREBY STIPULATED by Monster, Inc. and Dolby Laboratories

10  Licensing Corp., though their counsel of record, and Leonard, that Leonard be granted leave to

11  withdraw as counsel for Monster.

12    **IT IS SO STIPULATED.**

13

14  Dated:  September 12, 2012          DAVIS & LEONARD, LLP

15

16                                     By:  */s/ Mark R. Leonard*
                                           Mark R. Leonard
17

18  Dated:  September 12, 2012          KASOWITZ, BENSON, TORRES &
                                       FRIEDMAN LLP
19

20
                                       By:  */s/ Gabriel S. Gross*
21                                         Douglas E. Lumish
                                           Gabriel S. Gross
22                                         Michelle L. Landry

23
                                       Attorneys for Plaintiff and Counterclaim-
24                                     Defendant Monster, Inc.

25

26

27

28

STIPULATED MOTION FOR WITHDRAWAL
OF DAVIS & LEONARD, LLP                  - 2 -          CASE NO. 12-CV-2488 YGR

O'MELVENY & MYERS LLP


By: */s/ Carlos M. Lazatin*
    George A. Riley
    Carlos M. Lazatin


Attorneys for Defendant and Counterclaim-
Plaintiff Dolby Laboratories Licensing Corp


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated:  September ___, 2012


_____
    Honorable Yvonne Gonzalez Rogers
    United States District Court Judge


        I hereby attest pursuant to Civil Local Rule 5-1 that concurrence in the electronic filing of

this document has been obtained from the other signatories.

                          */s/ Gabriel S. Gross*
                          Gabriel S. Gross