DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
GABRIEL S. GROSS (Bar No. 254672)
ggross@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171

MICHELLE L. LANDRY (Bar No. 190080)
mlandry@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel: (415) 421-6140; Fax: (415) 398-5030

Attorneys for Plaintiff and Counterclaim-Defendant Monster, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONSTER, INC, a California corporation,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. 12-CV-2488 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF NO DILUTION CLAIMS WITHOUT PREJUDICE**<br><br>**Jury Trial Demanded**<br><br>Original Complaint Filed: Nov. 8, 2011 |

Plaintiff and Counterclaim-Defendant Monster, Inc. ("Monster") and Defendant and Counterclaimant Dolby Laboratories Licensing Corporation ("Dolby"), by and through their counsel of record, hereby submit this stipulation and proposed order dismissing without prejudice

Monster's claims for declaratory judgment of no dilution of Dolby's trademarks pursuant to Rule 41(a), Fed. R. Civ. P.

WHEREAS, Dolby filed an action before the Trademark Trial and Appeal Board ("TTAB") on or about February 16, 2011, opposing registration of Monster's stylized M Headphone Mark, U.S. Trademark Application Serial No. 77/904698 (the "M Headphone Mark") and alleging that the Monster M Headphone Mark infringes and dilutes Dolby's registered design mark, U.S. Reg. No. 2,649,051 (the "Dolby DD Headphone Mark") (the "TTAB Action");

WHEREAS, the TTAB Action has been suspended pending the outcome of the above-captioned action;

WHEREAS, Monster filed its Amended Complaint for Declaratory Relief (D.N. 42) in the above-captioned action on or about September 4, 2012, seeking, *inter alia*, declaratory judgments that its use of the M Headphone Mark does not infringe or dilute any trademark rights of Dolby under federal or state law;

WHEREAS, in its Counterclaims in this action, Dolby has not asserted or pursued any claims for trademark dilution;

WHEREAS, through their counsel of record, the parties have met and conferred and Dolby has confirmed to Monster that Dolby will not pursue claims for trademark dilution in connection with this action or the pending TTAB Action, under federal or state law;

THEREFORE, IT IS STIPULATED AND AGREED THAT:

1. Monster hereby withdraws without prejudice its claims for declarations of no dilution under federal and state law;

2. So long as Monster does not assert any claim of non-dilution, Dolby will not claim or argue in this action that Monster's M Headphone Mark dilutes any trademark rights of Dolby;

3. In the TTAB Action, Dolby will not request a finding that Monster's M Headphone Mark dilutes any trademark rights of Dolby, and will take any steps necessary to withdraw and/or have dismissed any claims for or allegations of dilution in that proceeding;

4. Monster's Third and Fourth Counts of its Amended Complaint, seeking declaratory judgments of no trademark dilution under federal and state law, respectively, are

hereby dismissed without prejudice.

**PURSUANT TO THE PARTIES' AGREEMENT, IT IS SO STIPULATED:**

Dated: September 12, 2012          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: */s/ Gabriel S. Gross*
    Douglas E. Lumish
    Gabriel S. Gross
    Michelle L. Landry
    Robert P. Watkins, III (*pro hac vice*)

    Attorneys for Plaintiff and Counterclaim-Defendant Monster, Inc.


O'MELVENY & MYERS LLP


By: */s/ Carlos M. Lazatin*
    George A. Riley
    Carlos M. Lazatin

    Attorneys for Defendant and Counterclaim-Plaintiff Dolby Laboratories Licensing Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: September ___, 2012

    Honorable Yvonne Gonzalez Rogers
    United States District Court Judge

I hereby attest pursuant to Civil Local Rule 5-1 that concurrence in the electronic filing of this document has been obtained from the other signatories.

*/s/ Gabriel S. Gross*
Gabriel S. Gross