DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
GABRIEL S. GROSS (Bar No. 254672)
ggross@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171

MICHELLE L. LANDRY (Bar No. 190080)
mlandry@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel: (415) 421-6140; Fax: (415) 398-5030

Attorneys for Plaintiff and Counterclaim-Defendant Monster, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONSTER, INC, a California corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation,<br><br>Defendant and Counterclaimant. | Case No. 12-CV-2488 YGR<br><br>**PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME FOR EXPERT DISCOVERY AND [PROPOSED] ORDER GRANTING SAME**<br><br>**Jury Trial Demanded**<br><br>Original Complaint Filed: Nov. 8, 2011 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: NOTICE IS HEREBY GIVEN THAT pursuant to Local Rule 6-3, Plaintiff-Counterclaim Defendant Monster, Inc. ("Monster"), hereby submits this <u>unopposed</u> motion to change the time for the disclosure of the parties' expert reports to October 22, 2012 and to permit the parties to schedule depositions of the reporting experts shortly thereafter. Defendant-Counterclaimant Dolby Laboratories Licensing Corp. ("Dolby") does not oppose this motion or the requested change in scheduling.

**STATEMENT OF RELIEF REQUESTED**

The expert discovery cutoff in this case is set October 15, 2012, which also is the cutoff for all discovery. (D.N. 39.) Monster respectfully requests an order changing the current schedule to permit the disclosure of the parties' expert reports by October 22, 2012, which is seven days after the current discovery cutoff, and to permit the parties to schedule the experts' depositions shortly after their reports have been disclosed. Good cause exists for this request, as the scheduling order (D.N. 39) does not provide for specific deadlines for expert report disclosures or other expert discovery; Monster's new counsel, Kasowitz, Benson, Torres & Friedman, first appeared in this action on September 4, 2012, has replaced prior counsel and is transitioning into the case; and both parties will benefit from an additional week to prepare expert reports, some of which are likely to require and be based on consumer surveys and market research now in progress. The requested brief extension of the expert discovery deadline would ensure that the parties have more sufficient time to prepare such expert reports. Dolby, who does not oppose this motion or the change in schedule, will receive the same benefits of the extension as Monster.

The requested expert discovery extension, which Dolby does not oppose, will not have any affect on any other part of the schedule for this case, as the change will not affect any hearing or proceeding currently on the Court's calendar. This is not the first modification to the schedule in this case. As discussed in the attached declaration at paragraphs 8-15, there have been other changes in the schedule to allow the parties to discuss settlement, as well as changes during the pendency of Dolby's Motion to Transfer. Monster and Dolby conferred about this expert

discovery scheduling issue on September 7, 10 and September 11, 2012, and Dolby has informed Monster that it will not oppose Monster's request for the extension. Further, the parties have agreed to confer in good faith and to commence and complete expert depositions expeditiously after the exchange of expert reports.

## CONCLUSION

For the foregoing reasons, Monster respectfully requests that its motion be granted.

Dated: September 12, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/ Gabriel S. Gross*
 Douglas E. Lumish
 Gabriel S. Gross
 Michelle L. Landry
 Robert P. Watkins, III (*pro hac vice*)

Attorneys for Plaintiff and Counterclaim-Defendant Monster, Inc.

## [PROPOSED] ORDER

Pursuant to Monster's Unopposed Motion, the parties shall disclose expert reports pursuant to Rule 26(a)(2) no later than October 22, 2012 and shall commence and complete experts' depositions within a reasonable time thereafter.

Dated: _____, 2012       _____
                                          Honorable Yvonne Gonzalez Rogers
                                          United States District Court Judge