United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONSTER, INC., | **Case No.: 12-CV-2488 YGR** |
| Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION OF PLAINTIFF AND CROSS-DEFENDANT MONSTER, INC. TO ENLARGE TIME FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |
| vs. | |
| DOLBY LABORATORIES LICENSING CORPORATION, | |
| Defendant. | |

The Motion of Plaintiff Monster, Inc., to Enlarge Time for Expert Discovery and Dispositive Motions (Dkt No. 53) is **DENIED**.

**IT IS SO ORDERED**.

Date: October 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**