UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLBY LABORATORIES LICENSING CORP.,<br><br>    Defendant. | Case No.: 12- cv-2488-YGR<br><br>**ORDER STRIKING PLAINTIFF MONSTER, INC.'S DISCOVERY MOTION AND STIPULATION TO SHORTEN TIME FOR BRIEFING (DOCKET NOS. 57 AND 58)** |

Plaintiff Monster, Inc. filed a Motion for Protective Order regarding a pending discovery dispute on October 1, 2012.  (Dkt. No. 58.)  The filing does not comply with this Court's Standing Order in Civil Cases at paragraph 8(b).

> b.     All other requests for discovery relief must be summarized jointly by the parties in a *joint* letter brief no longer than four pages.  The joint letter brief must attest that, prior to filing the request for relief, counsel met and conferred *in person* and must concisely summarize those remaining issues that counsel were unable to resolve.  The joint letter brief may cite to limited and specific legal authority only for resolution of dispositive issues.  The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached.  The Court will then advise the parties if additional briefing, a telephonic conference, or a personal appearance will be necessary.
>
> **Note**: Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings >Motions - General  > "Discovery Letter Brief".

The Court **STRIKES** the filing at Docket No. 58 for failure to comply with the Court's Standing Order by:

    __XX__ Not submitting a joint letter brief;

    _____ Filing a letter brief longer than four pages;

    __XX__ Failing to attest that counsel has met and conferred in person;

    _____ Failing to summarize the issues remaining following a meet and confer;

    _____ Failing to provide the Court with limited and specific legal authority to resolve the issues.

*Only* upon receipt of a letter brief filed in compliance with this Court's Standing Order will the Court advise the parties *if* additional briefing, a telephonic conference or a personal appearance will be required.

For the same reasons, the Court **STRIKES** the Stipulation to Shorten Time for Briefing on the discovery motion at Docket No. 57.

**IT IS SO ORDERED.**

Dated: October 4, 2012

                                              _____
                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE