UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOLBY LABORATORIES LICENSING CORP., <br><br> Defendant. | Case No.: 12- cv-2488-YGR <br><br> **ORDER DIRECTING LEAD TRIAL COUNSEL APPEAR IN PERSON TO MEET AND CONFER REGARDING DISCOVERY DISPUTES** |

On October 19, 2012, Plaintiff Monster, Inc. ("Monster") filed a joint letter brief regarding outstanding discovery issues in this action. (Dkt. No. 68.) On October 22, 2012, Monster filed an additional joint letter brief regarding other discovery disputes not addressed in the October 19 letter. (Dkt No. 70.) Also on October 22, 2012, Defendant Dolby Laboratories Licensing Corp. ("Dolby") filed a letter brief regarding a third set of discovery issues in which Monster did not submit a position statement. (Dkt. No. 71.)

Lead *trial* counsel with the full authority to resolve all discovery disputes for each party are hereby **ORDERED** to appear personally at the Federal Courthouse, 1301 Clay Street, Oakland, California, on Friday, October 26, 2012, at 9:30 a.m. The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer in-person to resolve the outstanding discovery issues.

Specifically, counsel shall further meet and confer regarding: (1) information redacted by Dolby in royalty worksheets and 89 license agreements; (2) Dolby's failure to produce a 30(b)(6) deponent to testify as to the factual basis for Dolby's contentions; (3) the sufficiency of deposition testimony provided in response to both sides' 30(b)(6) deposition notices and whether further depositions are needed on these topics and/or as to documents produced by Dolby during the weekend of October 20, 2012. Conference rooms in the Attorney Lounge are available on a first-come, first-serve basis.

Once complete, the parties shall advise Ms. Stone that they have concluded their in-person meeting before requesting the Court's personal attention. The parties shall bring with them any and all materials which may bear on resolution of the issues, including the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**