UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER, INC.<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>　v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | Case No.: 12-CV-2488 YGR<br><br>**ORDER AMENDING ORDER (DKT. NO. 118) GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL DOCUMENTS IN CONNECTION WITH CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The Court, in its Order issued January 15, 2013, regarding the parties' Administrative Motions to Seal Documents inadvertently failed to include a ruling on Exhibit T to the Declaration of Alfredo Perez de Alejo ("Exhibit T"). The Court finds, for the reasons stated in its January 15, 2013 Order, that there are compelling reasons to seal Exhibit T as it contains trade secret information concerning Dolby's technology and testing of prototype products from potential licensees and partners.

Exhibit T shall be filed under seal forthwith.

**IT IS SO ORDERED.**

**January 29, 2013**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**