# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONSTER, INC.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**DOLBY LABORATORIES LICENSING CORPORATION,**<br><br>    **Defendant.** | Case No.: 12-CV-2488 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the stipulation of the parties filed February 6, 2013 (Dkt No. 160), that the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on Friday, **March 15, 2013,** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

This Order terminates Docket No. 160.

**IT IS SO ORDERED**.

Dated: February 6, 2013

                                                       **YVONNE GONZALEZ ROGERS**
                                                       **UNITED STATES DISTRICT COURT JUDGE**